GARY M. RESTAINO
United States Attorney
District of Arizona

BRETT A. DAY
Assistant United States Attorney
Arizona State Bar No. 027236
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: brett.day@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 0 9 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Felimon Alvarez-Olivares, and<br>   (Counts 1, 2, 3, and 5)<br>2. Ricardo Hernandez,<br>   (Counts 1, 4, and 6)<br>               Defendants. | No. CR-22-00998-PHX-SPL (ESW)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 371<br>(Conspiracy)<br>Count 1<br><br>18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)<br>(Dealing Firearms without a License)<br>Counts 2 and 3<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statement During Purchase of a Firearm)<br>Counts 4 - 6<br><br>18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

From on or about March 28, 2022, through on or about May 26, 2022, within the District of Arizona, Defendants FELIMON ALVAREZ-OLIVARES, and RICARDO HERNANDEZ, did knowingly and intentionally combine, conspire, confederate, and agree

together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to willfully engage in the business of dealing in firearms in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D); and to knowingly make false statements and representations to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, pertaining to information that the law requires the licensed dealers to keep, in violation of Title 18, United States Code, Section 924(a)(1)(A).

**Purpose of the Conspiracy**

The purpose of the conspiracy was to obtain firearms from a licensed dealer of firearms by means of knowingly making false statements and representations that concealed the identity of the true purchaser of the firearms from the records the dealer was required to maintain. Defendant FELIMON ALVAREZ-OLIVARES would then resell the firearms to other individuals.

**The Means and Methods of the Conspiracy**

The means and methods employed by Defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that FELIMON ALVAREZ-OLIVARES recruited RICARDO HERNANDEZ and other co-conspirators to straw purchase firearms on behalf of FELIMON ALVAREZ-OLIVARES.

It was a further part of the conspiracy that FELIMON ALVAREZ-OLIVARES would provide to RICARDO HERNANDEZ and other co-conspirators money and directions for straw purchasing the firearms from Federal Firearms Licensees.

It was a further part of the conspiracy that RICARDO HERNANDEZ and other co-conspirators would make false statements and representations to the Federal Firearm Licensee on the ATF Form 4473 regarding the true purchaser of each of the firearms. It was a further part of the conspiracy that RICARDO HERNANDEZ and other co-conspirators would provide the firearms to the Defendants.

It was a further part of the conspiracy that FELIMON ALVAREZ-OLIVARES

would advertise the straw purchased firearms for resale on a social media website.

It was a further part of the conspiracy that FELIMON ALVAREZ-OLIVARES would then sell the straw purchased firearms to other individuals.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

On or about March 28, 2022 Defendant FELIMON ALVAREZ-OLIVARES recruited an unindicted co-conspiration to attempt to straw purchase twenty (20) Glock 9mm pistols from a federal firearms licensee.

On or about April 26, 2022 Defendant FELIMON ALVAREZ-OLIVARES sold four (4) Glock 9mm pistols to an undercover federal agent.  Two of the firearms were purchased from a federal firearms licensee by Defendant RICARDO HERNANDEZ on April 6, 2022.  The other two firearms were purchased from a federal firearms licensee by other unindicted co-conspirators.

On or about May 1, 2022, Defendant FELIMON ALVAREZ-OLIVARES agreed with an unindicted co-conspirator to straw purchase and resell a FN Scar rifle to unindicted co-conspirator.

On or about May 3, 2022, Defendant FELIMON ALVAREZ-OLIVARES sold one Glock 9mm pistol and one AK-47 style rifle to an undercover federal agent.  The two firearms were purchased from a federal firearms licensee by other unindicted co-conspirators.

On or about May 4, 2022 Defendant FELIMON ALVAREZ-OLIVARES agreed and arranged with Defendant RICARDO HERNANDEZ the straw purchase of two (2) firearms from a federal firearms licensee.

On May 5, 2022, Defendant FELIMON ALVAREZ-OLIVARES purchased a FN Scar rifle from a federal firearms licensee and indicated on the ATF Form 4473 that he was the actual purchaser/transferee when in fact, he knew he was buying the firearm for the purpose of resell to an unindicted co-conspirator.

On or about May 26, 2022 Defendant FELIMON ALVAREZ-OLIVARES agreed and arranged with Defendant RICARDO HERNANDEZ, the straw purchase of a FN Scar AK-47 style rifle from a federal firearms licensee.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about April 26, 2022, in the District of Arizona, Defendant FELIMON ALVAREZ-OLIVARES, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT 3

On or about May 3, 2022, in the District of Arizona, Defendant FELIMON ALVAREZ-OLIVARES, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT 4

On or about May 4, 2022, in the District of Arizona, Defendant RICARDO HERNANDEZ, knowingly made a false statement and representation to Ammo A-Z, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Ammo A-Z, in that Defendant RICARDO HERNANDEZ executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he was the actual buyer of the firearms, whereas in truth and fact, Defendant knew he was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 5

On or about May 5, 2022, in the District of Arizona, Defendant FELIMON ALVAREZ-OLIVARES, knowingly made a false statement and representation to Tombstone Tactical, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Tombstone Tactical, in that Defendant FELIMON ALVAREZ-OLIVARES executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he was the actual buyer of the firearms, whereas in truth and fact, Defendant knew he was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 6

On or about May 26, 2022, in the District of Arizona, Defendant RICARDO HERNANDEZ, knowingly made a false statement and representation to Ammo A-Z, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Ammo A-Z, in that Defendant OSVALDO PERES executed a Department of Justice Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearm Transaction Report, stating he was the actual buyer of the firearms, whereas in truth and fact, Defendant knew he was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 6 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 through 6 of this

Indictment, defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any of defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense including, but not limited to the following property involved and used in the offense:

    (1) One Glock 19x 9mm pistol, SN: BURR769;

    (2) One Glock 17 Gen 5 9mm pistol, SN: BVTB603;

    (3) One Glock 19x 9mm pistol, SN: BWSU709;

    (4) One Glock 19x 9mm pistol, SN: BWSU747;

    (5) One Glock 19x 9mm pistol, SN: BWHC473;

    (6) Century Arms VSKA, SN: SV7055627; and

    (7) FN Scar 17s rifle, SN: H1C14141.

If any forfeitable property, as a result of any act or omission of any defendants:

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty,

    it is the intent of the United States to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//
//
//
//
//

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: August 9, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*
BRETT A. DAY
Assistant U.S. Attorney